**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 3:16-cv-02464-C ) ) |
| v. | ) ) |
| HUGE AMERICAN RESTAURANTS, INC., a Texas Corporation, | ) ) ) |
| and | ) ) |
| FRITZ MANAGEMENT, LLC, a Texas Limited Liability Company, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT HUGE AMERICAN RESTAURANTS, INC.**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action as to Defendant HUGE AMERICAN RESTAURANTS, INC. with prejudice and each party shall bear its respective fees and costs.  This action shall continue against remaining Defendant Fritz Management, LLC.

Respectfully Submitted,

By:   */s/ Louis I. Mussman*
       Louis I. Mussman
       Attorney-in-charge

       Florida Bar No. 597155
       N.D. TX No. 597155FL
       Ku & Mussman, P.A.
       6001 NW 153rd Street, Suite 100

1

        Miami Lakes, FL 33014
        Tel: (305) 891-1322
        Fax: (305) 891-4512
        Louis@KuMussman.com

        and

        Seth P. Crosland
        Local Counsel
        Texas Bar No.: 24069551
        Brandy Austin Law Firm, PLLC
        2404 Roosevelt Drive
        Arlington, Texas 76016
        Tel: (817) 841-9906
        Fax: (817) 484-0280
        seth@brandyaustinlaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2016, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to: Huge American Restaurants, Inc., c/o: Beverly A. Whitley, Bell Nunnally & Martin LLP., 3232 McKinney Ave. Suite 1400 Dallas, Texas 75204.

        By: */s/ Louis Mussman*
             Louis Mussman, Esq.