**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) | Case No.: 3:16-cv-02464-C |
| Plaintiff, | ) | |
| v. | ) | |
| FRITZ MANAGEMENT, LLC, a Texas Limited Liability Company, | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT FRITZ MANAGEMENT, LLC**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action as to Defendant FRITZ MANAGEMENT, LLC with prejudice and each party shall bear its respective fees and costs.

Respectfully Submitted,

By: *\/s/ Louis I. Mussman*

Louis I. Mussman
Attorney-in-charge

Florida Bar No. 597155
N.D. TX No. 597155FL
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Seth P. Crosland
Local Counsel
Texas Bar No.: 24069551
Brandy Austin Law Firm, PLLC
2404 Roosevelt Drive
Arlington, Texas 76016
Tel: (817) 841-9906
Fax: (817) 484-0280
seth@brandyaustinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, a true and correct copy of the foregoing was submitted to the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to: Fritz Management, LLC, c/o: Carlisle Braun, Sun Holdings LLC, 3318 Forest Lane, Dallas, TX 75234.

By: */s/ Louis Mussman*
Louis Mussman, Esq.